IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MONTES, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>BEE SWEET CITRUS, INC., et al.,<br><br>　　　　　　　Defendants. | Case No. 1:20-cv-01162-NONE-EPG<br><br>ORDER REGARDING STIPULATION TO GRANT CROSS-DEFENDANT EDUARDO SOTO A CONTINUANCE TO RESPOND TO THE CROSS-CLAIM<br><br>(ECF No. 32) |
| BEE SWEET CITRUS, INC.,<br><br>　　　　　　　Cross-Claimant,<br><br>　　v.<br><br>EDUARDO SOTO, et al.,<br><br>　　　　　　　Cross-Defendants. | |

Pursuant to the stipulation of the parties (ECF No. 32), IT IS ORDERED THAT the time for Cross-Defendant Eduardo Soto to respond to the cross-claim is extended to January 29, 2021. IT IS SO ORDERED.

Dated: **January 3, 2021**　　　　　　　/s/ *Erica P. Grosjean*
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE