# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MONTES; MARIA DIAZ; OCTAVIANO MONTALVO, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BEE SWEET CITRUS, INC.; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.  1:20-cv-01162-JLT-EPG<br><br>ORDER DISMISSING DEFENDANT'S COUNTERCLAIMS AND ORDER DENYING AS MOOT PLAINTIFFS' MOTION TO DISMISS<br><br>(Doc. 45) |

On August 17, 2022, the Court dismissed named Plaintiffs' complaint with prejudice and requested that Bee Sweet Citrus, Inc. notify the Court regarding whether it intended to maintain its counterclaims. (Doc. 44.) On August 18, 2022, Bee Sweet filed a notice of voluntary dismissal of its counterclaims against Plaintiffs (Doc. 9) and counterclaims against Cross-Defendants Eduardo Soto (also known as Eduardo Soto, FLC and/or Soto Farm Labor Contractor) and Harvest Kings, LLC (also known as RT/King Harvesting) (Doc. 10). (Doc. 45.) Accordingly, the Court hereby **ORDERS**:

    1.    Bee Sweet's counterclaims (Doc. 9; Doc. 10) are **DISMISSED**.

    2.    Plaintiffs' motion to dismiss Bee Sweet's counterclaims (Doc. 15) is **DENIED as moot**.

///

1

3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **August 31, 2022**

_/s/ Jennifer L. Thurston_
UNITED STATES DISTRICT JUDGE